Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email:  mike@MJonesOC.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ELOISA MARRON JAMES,<br><br>                    PLAINTIFF,<br><br>V.<br><br>COLLECTION CONSULTANTS OF CALIFORNIA,<br><br>                    DEFENDANT | Case No. 8:16-cv-01753 DOC (Fx)<br><br>**STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FRCP RULE 41(A)(1)(A)(II)**<br><br><br>Date: n/a<br>Time: n/a<br>Before: Hon. David O. Carter |

**STIPULATION TO DISMISS CASE**
1

1    IT IS HEREBY STIPULATED AND AGREED, by and between the
2 parties, that the entire above captioned action shall be dismissed with
3
4 prejudice, pursuant to Federal Rules of Civil Procedure Rule
5 41(a)(1)(A)(ii), each party to bear its own costs and fees.
6
7   .
8
9 Dated this 17 July 2017.

**M Jones and Associates, PC**
Attorneys for Plaintiff

*/s/ Michael Jones*
By: Michael Jones

**M Kronick Moskovitz Tiedemann & Girard**
**A Professional Corporation**
Attorneys for Defendant Collection Consultants of California

*/s/ June D. Coleman*
June D. Coleman

**STIPULATION TO DISMISS CASE**
2