**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ELOISA MARRON JAMES,<br><br>        PLAINTIFF,<br><br>V.<br><br>COLLECTION CONSULTANTS OF CALIFORNIA,<br><br>        DEFENDANT | Case No.<br>8:16-cv-01753 DOC (Ex)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL**<br><br>Date: n/a<br>Time: n/a<br>Before: Hon. David O. Carter |

Presently before the Court is a joint stipulation between the Plaintiff and Defendant to dismiss the case. Upon consideration of the of the stipulation,

IT IS HEREBY ORDERED that the case is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to bear their own costs.

Dated this 19th day of July, 2017.

*David O. Carter*

Hon. David O. Carter
United States District Court Judge