## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eloisa Marron James<br><br>Plaintiff(s)<br>v.<br><br>Collection Consultants of California<br><br>Defendant(s). | CASE NUMBER<br><br>8:16-cv-01753-DOC-E<br><br><br>**MEDIATION REPORT** |

***Instructions:** The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1.  ☐ A mediation was held on (date): _____ .

    ☑ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☐ Appeared as required by Civil L.R. 16-15.5(b).

    ☐ Did not appear as required by Civil L.R. 16-15.5(b).

    ☐ Plaintiff or plaintiff's representative failed to appear.

    ☐ Defendant or defendant's representative failed to appear.

    ☐ Other:

3.  Did the case settle?

    ☐ Yes, fully, on _____ (date).

    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ Yes, partially, and further facilitated discussions are **not** expected.

    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

    _____ .

Dated: August 1, 2017 _____

_____
Signature of Mediator

Marc D. Alexander
_____
Name of Mediator (print)

The Mediator is to electronically file original document.